IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:04CR3116 |
| | ) | |
| v. | ) | |
| | ) | |
| BRIAN KITT, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on defendant's motion to modify conditions of probation (Filing No. 14). The Court has reviewed the motion and finds it should be granted in part and denied in part. Accordingly,

IT IS ORDERED:

1) Defendant's request to modify conditions of his probation is denied.

2) Defendant's request to have additional time off his home confinement on Saturday, November 26, 2005, is granted; defendant may have an additional four hours of free time and may leave the State of Nebraska to travel to his parents' home for Thanksgiving.

DATED this 20th day of June, 2005.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court